In the Matter of the Petition of JOHN W. TRUESDELL, Respondent, for Leave to Issue Execution upon a Judgment against the Property of THADDEUS K. GREEN, Deceased.

ADOLPH GREEN, Individually and as Executor, Appellant.

*Matter of Truesdell*, 174 App. Div. 919, appeal dismissed.
(Argued November 21, 1916; decided December 5, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 29, 1916, which affirmed an order of the Westchester County Surrogate's Court permitting the petitioner to issue execution upon two judgments obtained against Thaddeus K. Green, since deceased. The surrogate held that these two judgments were liens upon the property of the decedent Thaddeus K. Green at the time of his death and at the time of the filing of respondent's petition in the Surrogate's Court; and the decree directed that the respondent be permitted to issue executions upon these judgments against the property of Mr. Green therein described, upon which these judgments are liens, with like effect as if the said judgment debtor was still living.

*Benjamin Scharps* for appellant.

*Floyd M. Grant* for respondent.

Appeal dismissed, without costs, on the authority of *Matter of Union Trust Co.* (172 N. Y. 494).

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Absent: HOGAN, J.